**94 So.2d 660**

**Ferdinand J. DELPIT**

v.

**Veneta Candiff DELPIT.**

No. 40968.

April 1, 1957.

Leo L. Dubourg, New Orleans, for appellant.

Michael H. Bagot, New Orleans, for appellee.

HAWTHORNE, Justice.

At the time set for argument of this appeal attorney for the appellant appeared solely for the purpose of informing the court that no briefs would be filed in support of the appeal and that the case would not be argued. Appellant in this case has thus not pointed out any error in the judgment of the lower court. It is well settled that under these circumstances

the judgment may be affirmed under the presumption that it is correct. See Perkins v. Buchler, 223 La. 179, 65 So.2d 130, and numerous authorities there cited. We have nevertheless examined the record and find no error of law or fact in the judgment.

The judgment is therefore affirmed, appellant to pay all costs.